UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-- - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    -against-                                       04 CR 693 (SJ)

HECTOR MANUEL GARCIA,

        Defendant.

-- - - - - - - - - - - - - - - - - - - - - - - - - - X

**NOTICE OF APPEARANCE**

        PLEASE TAKE NOTICE that Special Assistant United States Attorney Jessica Reid from this point forward will be added as counsel in the above-captioned matter.  All future correspondence to the United States in the above-captioned matter should be sent to:

        Special Assistant U.S. Attorney Jessica Reid
        United States Attorney's Office (Criminal Division)
        271 Cadman Plaza East, 4th Floor
        Tel: (718) 254-6250
        Fax: (718) 254-6076
        Email: jessica.reid@usdoj.gov

The Clerk of the Court is respectfully requested to ensure that all future ECF notifications are sent to Special Assistant United States Attorney Jessica Reid at the email address set forth above.

Dated:  Brooklyn, New York
        January 18, 2012

                                            Respectfully submitted,

                                            LORETTA E. LYNCH
                                            United States Attorney

                         By:      /s/ Jessica Reid
                                            Jessica Reid
                                            Special Assistant U.S. Attorney